# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA WHETSTINE, | ) Case No.: 10-CV-5396 |
| Plaintiff, | ) |
| v. | ) **(Unlawful Debt Collection Practices)** |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.

 

 /s/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 1st day of December 2010, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed and sent by regular mail to:

Ross S. Enders, Esq.
Session, Fishman, Nathan & Israel
200 Route 31 North, Suite 203
Flemington, NJ 08822

          /s/ Craig Thor Kimmel
Attorney for Plaintiff
Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002